# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

C.A. No. 12-517M

**Lori Franchina**
      Plaintiff
      v.
**City of Providence**
      Defendant

## JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Plaintiff, Lori Franchina in the amount of $806,000.00 against the Defendant, City of Providence pursuant to the Jury Verdict reached on April 18, 2016.**

**Defendants Providence Fire Department and Providence Firefighters Local 799 were dismissed pursuant to the order dated 12/14/2012 granting their motions to dismiss.**

                        **Enter**:
                        /s/Vickie McGuire
                        **Deputy Clerk**

**Dated: April 19, 2016**